**STEPHEN T. HOLZER, SBN 074561**
**HEIDY NURINDA, SBN 333188**
**LEWITT, HACKMAN, SHAPIRO, MARSHALL & HARLAN**
16633 Ventura Boulevard, 11th Floor
Encino, California 91436-1865
Telephone:  (818) 990-2120
Telecopier:  (818) 981-4764
sholzer@lewitthackman.com; hnurinda@lewitthackman.com

Attorneys for **Plaintiff 1932 Hillhurst, LLC**

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 1932 HILLHURST, LLC, | ) CASE NO:  2:22-CV-06416-FMO-AFM |
| Plaintiff, | ) **ORDER TO DISMISS DEFENDANTS** |
| vs. | ) **KUI SUN KIM, THE 2006 FAMILY** |
|  | ) **TRUST, MARY S.L. WONG, THE** |
|  | ) **WONG FAMILY TRUST AND MARY** |
| KUI SUN KIM; 2006 KIM | ) **S.L. WONG AS TRUSTEE OF THE** |
| FAMILY TRUST; MARY S.L. | ) **WONG FAMILY TRUST** |
| WONG; THE WONG FAMILY | ) |
| TRUST; MARY S.L. WONG, AS | ) **HON. FERNANDO M. OLGUIN** |
| TRUSTEE OF THE WONG | ) |
| FAMILY TRUST DATED | ) |
| FEBRUARY 13, 2003; CEDARS- | ) |
| SINAI MEDICAL CENTER, a | ) |
| California nonprofit public benefit | ) |
| corporation; and DOES 1-20, | ) |
| inclusive, | ) |
|  | ) |
| Defendants. | ) |

This Court, having read and considered the Joint Stipulation of Dismissal of Defendants Kui Sun Kim and the 2006 Kim Family Trust (the "Kim Defendants") and Defendants Mary S.L. Wong, The Wong Family Trust and Mary S.L. Wong as Trustee of the Wong Family Trust (the "Wong Defendants"), hereby ORDERS as follows:

1.      Plaintiff, the Kim Defendants and the Wong Defendants have entered into a settlement whereby Plaintiff agrees to dismiss any and all claims against the Kim Defendants and the Wong Defendants, with prejudice (the "Settlement").

Defendant Cedars-Sinai Medical Center ("Cedars-Sinai") is not a party to the Settlement.

      2.     This action is hereby dismissed, with prejudice, as to all claims against the Kim Defendants and the Wong Defendants.  Each party shall bear its own costs and attorneys' fees.

      3.     Nothing in this Order shall waive Cedars-Sinai's right later to seek an appropriate allocation of responsibility, between and among Plaintiff and Cedars-Sinai, for the harm alleged by Plaintiff in this action.

**IT IS SO ORDERED.**

DATED: June 12, 2023

/s/
**HON. FERNANDO M. OLGUIN**
Judge of the U.S. District Court

Lewitt, Hackman, Shapiro, Marshall & Harlan
A Law Corporation